# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 20, 2013

Robert P. Young, Jr.,
Chief Justice

146115

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                        SC: 146115
                                        COA: 298385
                                        St Joseph CC: 09-015639-FC

MARSHA ANNE SPRINGER,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 20, 2013                              _____
                                                   Clerk

t0313